**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION**
**LEXINGTON**

Eastern District of Kentucky
FILED

AUG 0 6 2026

AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES OF AMERICA**

**V.**                                            INDICTMENT NO. 2686-KKC-EBA

**JEFFEREY D. ADAMS,**
  **aka MONEY**

\*     \*     \*     \*     \*

**THE GRAND JURY CHARGES:**

### COUNT 1
**21 U.S.C. § 841(a)(1)**

On or about September 4, 2025, in Fayette County, in the Eastern District of

Kentucky,

**JEFFEREY D. ADAMS,**
**aka MONEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable

amount of methamphetamine and a mixture or substance containing a detectable amount

of cocaine, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

### COUNT 2
**21 U.S.C. § 841(a)(1)**

On or about September 9, 2025, in Fayette County, in the Eastern District of Kentucky,

**JEFFEREY D. ADAMS,**
**aka MONEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of cocaine and a mixture or substance containing a detectable amount of fentanyl, both Schedule II controlled substances, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 3
**21 U.S.C. § 841(a)(1)**

On or about September 11, 2025, in Fayette County, in the Eastern District of Kentucky,

**JEFFEREY D. ADAMS,**
**aka MONEY,**

did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing of a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 4
**21 U.S.C. § 841(a)(1)**

On or about October 24, 2025, in Fayette County, in the Eastern District of Kentucky,

**JEFFEREY D. ADAMS,**
**aka MONEY,**

did knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 5
### 21 U.S.C. § 841(a)(1)

On or about October 31, 2025, in Fayette County, in the Eastern District of Kentucky,

**JEFFEREY D. ADAMS,
aka MONEY,**

did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1).

## COUNT 6
### 18 U.S.C. § 924(c)(1)(A)

On or about October 31, 2025, in Fayette County, in the Eastern District of Kentucky,

**JEFFEREY D. ADAMS,
aka MONEY,**

did knowingly possess a firearm in furtherance of the drug trafficking crime charged in Count 5 for which he may be prosecuted in a court of the United States, in violation of 18 U.S.C. § 924(c)(1)(A).

# FORFEITURE ALLEGATIONS
## 21 U.S.C. § 853
## 18 U.S.C. § 924(d)
## 28 U.S.C. § 2461

1.      By virtue of the commission of the felony offenses alleged in Counts 1 through 5 of the Indictment, **JEFFEREY D. ADAMS** shall forfeit to the United States any and all property used, or intending to be used, to commit and/or to facilitate the commission of the violation(s) of 21 U.S.C. § 841 and any and all property constituting proceeds obtained directly or indirectly as a result of the commission of the violation(s) of 21 U.S.C. § 841. Any and all interest that **JEFFEREY D. ADAMS** has in this property is vested in and forfeited to the United States pursuant to 21 U.S.C. § 853.

2.      By virtue of the commission of the offenses alleged in the Indictment, **JEFFEREY D. ADAMS** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 21 U.S.C. § 841, 18 U.S.C. § 922, and/or 18 U.S.C. § 924. Any and all interest that **JEFFEREY D. ADAMS** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

3.      The property to be forfeited includes, but is not limited to, the following:

## FIREARM AND AMMUNITION:

a.   a Taurus, .357 Magnum caliber revolver bearing serial number AEH613597;
b.   a Glock, Model 27, .40 caliber pistol bearing serial number CFPR016;
c.   a Smith and Wesson, Model SD40VE, .40 caliber pistol bearing serial number HEA3000; and
d.   assorted ammunition.

**A TRUE BILL**

████████████████████

**FOREPERSON**

JASON D. PARMAN
FIRST ASSISTANT UNITED STATES ATTORNEY

## PENALTIES

**COUNTS 1, 2, 4, & 5:**    Not more than 20 years imprisonment, not more than a $1,000,000 fine, and at least 3 years of supervised release.

**COUNT 3:**    Not less than 5 years and not more than 40 years imprisonment, not more than a $5,000,000 fine, and at least 4 years of supervised release.

**COUNT 6:**    Not less than 5 years imprisonment nor more than life imprisonment consecutive to any other term of imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**    Mandatory special assessment of $100 per count.

**PLUS:**    Forfeiture, if applicable.